IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ZACHERY ANTONIO HARRIS,

  Defendant.

CRIMINAL FILE NO.
1:09-CR-19-2-TWT

## ORDER

This is a criminal case. It is before the Court of the Report and Recommendation [Doc. 53] of the Magistrate Judge conditionally granting the Motion to Sever of Defendant Harris. The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the judgment of the Court. The Motion to Sever [Doc. 46] is conditionally granted.

SO ORDERED, this 9 day of April, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge